IN THE SUPREME COURT OF TEXAS

 No. 05-0245

 IN RE COY BARGSLEY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator’s motion for temporary, filed March 31, 2005, is granted. The following
provision of the Order Establishing Terms of Supersedeas, dated December 13, 2004, in Cause No.
27,291, styled Pryor Petroleum Corporation, et al. v. Coy Bargsley, et al., in the 90th District
Court of Stephens County, Texas, is stayed pending further order of this Court:
“IT IS ORDERED, ADJUDGED, AND DECREED that during the pendency of appeal, Pryor Petroleum
Corporation shall operate the leasehold estate working interest in and under the lands the subject
of this suit being the South ½ of Section 80, Block 4, T. & P. R. R. Co. Survey, Stephens County,
Texas containing 320 acres more or less.”

 2. The real parties in interest are requested to respond to relator’s petition for writ of
mandamus on or before 3:00 p.m., April 18, 2005.

 Done at the City of Austin, this April 6, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk